**Opinion issued May 12, 2015**



In The

# Court of Appeals

For The

## First District of Texas

———————————

## NO. 01-15-00322-CV

———————————

## IN RE ERNESTO CARRILLO AND TEXAS LPG STORAGE COMPANY, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Ernesto Carrillo and Texas LPG Storage Company, have filed a petition for writ of mandamus challenging the trial court's denial of their plea to the jurisdiction.[1] We **deny** the petition. Relators' motion for a temporary stay of the underlying proceedings is dismissed as moot.

---

[1] The underlying case is *In the Matter of the Marriage of Evangelina Lopez Guzman and Miguel Zaragoza Fuentes, et al.*, cause number 2014-30215, pending in the 245th District Court of Harris County, the Honorable Roy L. Moore presiding.

## PER CURIAM

Panel consists of Justices Jennings, Bland, and Brown.